IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HENDON,

        Plaintiff,                    No. 2:12-cv-01702 DAD P

    vs.

WILLIAM E. KULKA,

        Defendant.              <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 9, 2013, the court determined that on three or more prior occasions plaintiff had filed a civil action or appeal that was frivolous or failed to state a claim and therefore, pursuant to 18 U.S.C. § 1915(g), ordered plaintiff to submit the filing fee in connection with this action. (Doc. No. 6.) On April 16, 2013, plaintiff filed a motion for reconsideration in which he asks that the "District Court reconsider the magistrate's ruling[.]" (Doc. No. 7 at 1.) Although plaintiff has previously consented to Magistrate Judge jurisdiction over this action (Doc. No. 4), out of an abundance of caution the undersigned will direct the Clerk of the Court to randomly assign a District Judge to this case who can review plaintiff's motion for reconsideration.

/////

1       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2 randomly assign this action to a District Judge.
3 DATED: April 28, 2013.

                                               /s/ Dale A. Drozd
                                               DALE A. DROZD
                                               UNITED STATES MAGISTRATE JUDGE

DAD:4
hen1702.dj