IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLOS HENDON,

      Plaintiff,                      No. 2:12-cv-01702 MCE DAD P

     v.

WILLIAM E. KULKA,

      Defendant.                  <u>ORDER</u>

_____/

      On April 16, 2013, Plaintiff filed a request for reconsideration of the Magistrate Judge's order filed April 9, 2013.  (ECF No. 7.)  In the April 9 order, the Magistrate Judge determined that under 28 U.S.C. § 1915(g), on at least three prior occasions, Plaintiff had brought an action that was dismissed on the grounds that it was frivolous, malicious, or failed to state a claim. (ECF No. 6.)  The Magistrate Judge also determined that Plaintiff had not adequately alleged that he was under imminent danger of serious physical injury in order to qualify for the exception to the three-strike bar and to proceed in forma pauperis.  The Court ordered Plaintiff to submit a supplemental statement and medical records demonstrating that he was in imminent danger of serious physical injury at the time he filed his original complaint.

/////

/////

1

Pursuant to E.D. Local Rule 303(f), a Magistrate Judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that the Magistrate Judge's ruling was not clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that:

1. Upon reconsideration, the order of the Magistrate Judge filed April 9, 2013, (ECF No. 6) is AFFIRMED; and

2. Within fourteen (14) days from the service of this order, Plaintiff shall submit the supplemental statement and medical records as ordered by magistrate judge on April 9, 2013. (ECF No. 6.) Plaintiff's failure to do so will result in the dismissal of this action without prejudice.

Date: May 10, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT