UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON, | No. 2:12-cv-01702 MCE DAD P |
| Plaintiff, | |
| v. | ORDER |
| WILLIAM E. KULKA, | |
| Defendant. | |

On April 4, 2014, plaintiff filed a document with the court styled, "First Amended Class Action Complaint for Declaratory and Injunctive Relief." (Doc. No. 17.) This civil rights action was dismissed without prejudice due to plaintiff's failure to pay the filing fee with judgment being entered and the case being closed on August 5, 2013. ((Doc. Nos. 14 and 15.) Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings in this closed action.

Dated: April 14, 2014

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
hend1702.58

1